08 CV 3602

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE FINK, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,

        Defendants.

CIVIL ACTION NO. _____

RULE 7.1 STATEMENT



APR 15 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Date: April 15, 2008

                                                Robert A. Skirnick (RS 2636)
                                                Attorney for Plaintiff