UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LAWRENCE FINK,<br>Individually and On Behalf of All Others<br>Similarly Situated | : | **ELECTRONICALLY FILED** |
| | : | 08 CV 3602 (RWS) |
| Plaintiff, | : | |
| - against - | : | NOTICE OF APPEARANCE |
| | : | |
| THE BEAR STEARNS COMPANIES, INC.,<br>et al., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                                            /s/ Jay B. Kasner
                                                        Jay B. Kasner
                                                        SKADDEN, ARPS, SLATE,
                                                          MEAGHER & FLOM LLP
                                                       (Jay.Kasner@skadden.com)
                                                       Four Times Square
                                                       New York, New York 10036
                                                       (212) 735-3000

                                                       Attorneys for Defendant
                                                         Alan D. Schwartz

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

<u>By First-Class Mail</u>

Steve W. Berman
Andrew M. Volk
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101

Steven J. Greenfogel
Meredith, Cohen, Greenfogel & Skirnick, P.C.
Architects Building
1521 Locust Street
8th Floor
Philadelphia, PA 19102

Dated: New York, New York
May 12, 2008

Steven Ray Katzenstein