# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 3602

Date Filed: _____

Plaintiff:
**LAWRENCE FINK, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **THE BEAR STEARNS COMPANIES, INC., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm**, I:

Personally delivered a true copy of the **Summons & Complaint** to David Petercsak, Vice President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____6/12/08____
Date

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000308

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 3602                                                                 Date Filed: _____

Plaintiff:
**LAWRENCE FINK, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **JAMES E. CAYNE., The Bear Stearns Companies, Inc.., 320 Madison Ave., New York, NY 10017.**

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak, V.P., accepting on his behalf, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/12/08_____
            Date

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000310

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3602                                         Date Filed: _____

**Plaintiff:**
**LAWRENCE FINK, individually and on behalf of all others similarly situated**

vs.

**Defendant:**
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **ALAN D. SCHWARTZ., The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak, V.P., accepting on his behalf, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/12/08___
            Date

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000306

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3602

Date Filed: _____

**Plaintiff:**
**LAWRENCE FINK**, individually and on behalf of all others similarly situated

vs.

**Defendant:**
**THE BEAR STEARNS COMPANIES, INC.**, et al.

Received by ASK Litigation Support, Inc. to be served on **WARREN J. SPECTOR., The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak, V.P., accepting on his behalf, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/12/08___
             Date

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000307

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3602

Date Filed: _____

**Plaintiff:**
**LAWRENCE FINK, individually and on behalf of all others similarly situated**

vs.

**Defendant:**
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **SAMUEL L. MOLINARO, JR., The Bear Stearns Companies, Inc.., 320 Madison Ave., New York, NY 10017.**

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to DAvid Petercsak, V.P., accepting on his behalf, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/12/08___
Date

**Simon Kahn**
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000309

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3602

Date Filed: _____

Plaintiff:
**LAWRENCE FINK, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **ALAN C. GREENBERG, The Bear Stearns Companies, Inc.., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak, V.P., accepting on his behalf, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'11", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/12/08___
Date

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000311

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j